UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>BARONE JACKSON, a/k/a "Baron Jackson,"<br>Defendant. | 22-mj-07259<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  IT IS HEREBY ORDERED that Defendant's arraignment will be conducted on February 14, 2023, at 4:00 PM in Courtroom 12B, 500 Pearl Street, New York, NY, 10007.

  SO ORDERED.

Dated: February 13, 2023
   New York, New York

                _____
                JENNIFER H. REARDEN
                United States District Judge